# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 26-10239

_____

ORLANDO JEFFERSON,

*Petitioner-Appellant,*

*versus*

THE STATE,

*Respondent-Appellee.*

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:25-cv-00559-VMC

_____

Before ROSENBAUM, JILL PRYOR, and KIDD, Circuit Judges.

BY THE COURT:

Orlando Jefferson, a state prisoner proceeding pro se, appeals from the district court's April 2, 2025 final order and judgment and its December 31, 2025 post-judgment order.

To appeal the judgment, the statutory time limit required Jefferson to file his notice of appeal on or before May 2, 2025. *See*

2                           Order of the Court                    26-10239

28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A).  However, he did not file his notice of appeal, under the prison mailbox rule, until January 15, 2026, and thus, it is untimely and cannot invoke our jurisdiction as to the judgment.  *See* Fed. R. App. P. 4(c)(1); *Jeffries v. United States*, 748 F.3d 1310, 1314 (11th Cir. 2014); *Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010).  The notice is timely as to the district court's December 31 post-judgment order.  *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A).

Accordingly, this appeal is DISMISSED in part, sua sponte, as to the April 2, 2025 final order and judgment.  The appeal shall proceed as to only the December 31, 2025 order.

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir. R. 27-2 and all other applicable rules.